JUDICIAL PANEL ON MULTIDISTRICT LITIGATION -- RTC DOCKET LISTING                                                                                June 15, 1993

RTC#   CAPTION                                                                                                                                       Page:   1

---

21   IN RE FINAL RULE UNDER THE CLEAN WATER ACT, 33, U.S.C. 1251-1387, LIMITING THE DISCHARGE OF POLLUTANTS TO WATERS OF THE UNITED STATES FROM THE OFFSHORE SUBCATEGORY OF THE
     OIL AND GAS INDUSTRY, 58 FED.REG. 12,454, ISSUED ON MARCH 18, 1993

     04/07/93                                                    04/07/93                                                    04/15/93
     PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION        CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD          PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON
     RECEIVED FROM United States Environmental Protection        consolidating 4 appeals that were pending in 4 circuits     4/7/93 Received from Department of Justice (EPA) w/cert
     Agency order involving 4 petitions pending in 4 circuits    in the Court of Appeals for the Sixth Circuit.  Random      of service.
     as follows:  one in the D.C. Circuit; one in the 5th        Selector, Katherine A. Chung, Deputy Clerk, and witness
     Circuit; one in the 6th Circuit; and one in the 9th         Regina N. Hale, Work Leader Deputy Clerk.
     Circuit -- appealing agency order 33 U.S.C. 1251-1387
     issued on March 18, 1993

22   IN RE FEDERAL COMMUNICATIONS COMMISSION, SECOND REPORT AND ORDER, EVALUATION OF THE SYNDICATION AND FINANCIAL INTEREST RULES, 58 FED. REG. 28927, PUBLISHED ON MAY 18,
     1993

     06/02/93                                                    06/02/93                                                    06/15/93
     PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION        CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD          PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON
     RECEIVED FROM FEDERAL COMMUNICATIONS COMMISSION             consolidating 6 appeals that were pending in 4 circuits     6/2/93 -- Received from Federal Communications
     involving 6 petitions pending in 4 circuits as follows:     in the Court of Appeals for the D.C. Circuit.  Random       Commission -- w/cert. of service. (rh)
     one in the D.C. Circuit; two in the 2nd Circuit; two in     Selector, Delora L. Davis, Deputy Clerk, and Witness
     7th Circuit and one in 9th Circuit --  Evaluation of the    Regina N. Hale, Work Leader Deputy Clerk. (rh)
     Syndication and Financial Intersest Rules, (MM Docket
     90-162), 58 Fed. Reg. 28927 (1993), published on May 18,
     1993.  (rh)

---

Key: √ Signifies Proof Of Service Filed By Agency